IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ALBERT BAKER, JR., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:15cv514-MHT |
| | ) | (WO) |
| JEFFERSON S. DUNN, | ) | |
| Commissioner of the | ) | |
| Alabama Department of | ) | |
| Corrections, | ) | |
| | ) | |
|     Defendant. | ) | |

**JUDGMENT**

Upon consideration of petitioner's motion to dismiss (doc. no. 7), which the court construes as a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), it is ORDERED, ADJUDGED, AND DECREED that this cause is dismissed without prejudice and with no costs taxed.

It is further ORDERED that the recommendation of the United States Magistrate Judge (doc. no. 3) is withdrawn and petitioner's objection (doc. no. 4) is overruled as moot.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 12th day of December, 2016.**

                                      /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**